IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT MANUFACTURING & ALLOYING, INC. | : : : | CIVIL ACTION |
| | : | No. 10-1029 |
| v. | : : | |
| GREGORY McILVAIN, et al. | : | |

## ORDER

AND NOW, this 23rd day of September, 2011, it is ORDERED the Motions for Summary Judgment of Defendant Daryl Williams (Document 59) and Defendant Gregory McIlvain (Document 60) are GRANTED as to Count I of the Complaint. Judgment is entered in favor of Williams and McIlvain and against Plaintiff Grant Manufacturing & Alloying (Grant) on Count I of the Complaint.

It is further ORDERED, this Court having declined to exercise supplemental jurisdiction over Grant's remaining state law claims, Counts II-VI are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further ORDERED Defendants' Motion to Exclude the Testimony of Plaintiff's Expert (Document 67) and McIlvain's Motion in Limine to Preclude Plaintiff's Use of "Attorneys Eyes Only" Documents and for Sanctions (Document 68) are DENIED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.